SO ORDERED.

Dated: August 7, 2011



Redfield T. Baum, Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MAZA, ARMANDO MANUEL | ) | CASE NO. 2:10-bk-02865-RTB |
| MAZA, DONDRA, | ) | |
| | ) | ORDER APPROVING PAYMENT |
| Debtor(s) | ) | OF ADMINISTRATIVE FEES |
| | ) | AND EXPENSES |

DAVID M. REAVES, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| **PAYEE AND EXPLANATION** | | **TOTAL** |
|---|---|---|
| CLERK, U.S. Bankruptcy Court | | $0.00 |
| TRUSTEE, DAVID M. REAVES | | |
|     Fees Allowed | $925.94 | |
|     Expenses Allowed | $31.14 | $957.08 |
| OTHER PRIOR CHAPTER ADMINISTRATIVE, U.S. TRUSTEE | | |
|     Fees Allowed | $0.00 | |
|     Expenses Allowed | $833.12 | $833.12 |
| UNITED STATES TRUSTEE'S OFFICE | | $0.00 |
| OTHER | | $0.00 |

_____  _____
DATE                                    THE HONORABLE REDFIELD T. BAUM
                                                U.S. BANKRUPTCY JUDGE